**Factual Background**

I started working for Kaiser Permanente in June 2018 as a Level 3 supervisor and was later promoted to laboratory manager after 6 months. During my first three years of employment, I was consistently praised for my excellent job performance; at no point during that time was I ever written up, disciplined, or placed on a performance improvement plan for poor job performance or workplace misconduct.

In August 2021, I was placed on a performance improvement plan (PIP) by a new Laboratory Director a few weeks after he took over. I submitted a rebuttal on how the PIP was plagued with bias, retaliation, and discrimination and that PIP was later found to be baseless and was rescinded by human resources around March 2022.

I was the first black laboratory operations manager hired by Kaiser Permanente in the Baltimore region and the only manager of African origin on my team. The new laboratory director, Brady Rogers, always commented in meetings how amazed he was by the team's diversity because where he came from, there was not much diversity.   During one of my weekly one on one meetings with Brady, we discussed how "I was dealing with many "isms" and that some complaints he had been briefed on about me prior to taking the position were simply cultural in nature.

Around March 2022, I advised my director, Brady Rogers director of laboratory operations for Kaiser that I would need to take time off work for medical reasons. Shortly thereafter, in April 22, he placed me on another performance improvement plan and issued me a final written warning from an incident that happened in December 2021. I then filed a racial discrimination charge with the EEOC noting that I believed I was being treated differently than my non-African workers by Mr. Rogers. I had also learned that I was being paid less than similarly situated non-African Coworkers.

When I return to work on July 5th, 2022, I learned that I had effectively been demoted from my position and was told that I will not be allowed to manage any laboratories. The reason provided for my effective demotion was that I lacked required training and competencies when in fact I had more training and competencies than most of my non-African coworker. I was told

1 | P a g e

that I needed to be retrained as if I were a new hire which made no sense considering my experience and prior achievements at Kaiser before my current director Mr. Brady Rogers became my manager.

After completing 10 days of training and successfully passing all required quizzes Mr. Brady Rogers refused to reinstate me to my previous position instead, I was told I would only be allowed to manage laboratories on weekends because Kaiser needed coverage on those dates but would not be allowed to manage laboratories on weekdays as I had been doing prior to my going away on FMLA leave. As far as I am aware, I am the only laboratory manager whose duties and responsibilities were removed while I was on FMLA leave.  In addition, when I submitted paperwork to change my continuous leave to intermittently leave in august 2022 per my physician request, Mr. Brady Rogers refused to approve my FMLA leave so I would continue my transfusions and medical appointments.

 In mid-September 2022, I contacted my accrediting agencies to find out why I was precluded from performing my managerial duties and I was informed by the accrediting agency that I met all requirements and was eligible to perform all managerial duties without exception. When I informed my boss Mr. Rogers that I was fully eligible to return to my managerial duties per the accrediting agencies, Mr. Rogers became angry and removed me from my weekend managerial position and sent me to do secretarial duties without explanation.

Based on the discriminatory and retaliatory behavior I was subjected to by Mr. Brady Rogers since I returned from my FMLA leave, I filed a complaint with Kaiser 's compliance department and on September 30th, 2022, in the morning, I was notified that there was no substantial evidence to support my complaint against Mr. Rogers and within an hour of that notification, I was notified that my employment was terminated effective immediately for allegedly violating Kaiser 's fraud and abuse policies and engaging in unethical behavior.

These allegations were baseless, and no explanation was ever provided to me for my alleged misconduct and violations.

I would like to add that I was a graduate student during that time and Mr. Brady Rogers refused to approve my tuition reimbursement of $3000 which is a benefit available to all employees.

After pleading with Mr. Rogers on several occasions to approve my tuition reimbursement, I filed a complaint with the compliance department who instructed him to approve the payment. Mr. Rogers however, only approved partial payment and I only received $1500, not the full $3000 like my non-African coworkers.